| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorsuch, Neil M. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>08/03/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Byron White Courthouse<br>1823 Stout Street<br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Walden Group LLC (mountain property) |
| 2. Executive Committee, Board of Directors | Federal Judges Association |
| 3. Adjunct Professor | University of Colorado Law School |
| 4. Visiting Jurist | Oklahoma City University School of Law |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | University of Colorado Law School - teaching agreement for school year. |
| 2. 2010 | Oklahoma City University School of Law - visiting jurist program. |
| 3. | |

# Gorsuch, Neil M.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/03/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Princeton University Press - book royalties | $250.06 |
| 2. 2010 | University of Colorado Law School - teaching | $14,500.00 |
| 3. 2010 | Oklahoma City University School of Law - teaching | $2,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oklahoma City University School of Law | 2/9/10-2/12/10 | Oklahoma City | teaching | Transportation, meals, hotel |
| 2. | University of Michigan Law School | 4/6/10-4/8/10 | Ann Arbor | moot court | Transportation, meals, hotel |
| 3. | University of Chicago Law School | 4/21/10-4/23/10 | Chicago | moot court | Transportation, meals, hotel |
| 4. | Federal Judges Association | 5/22/10-5/26/10 | Washington. D.C. | conference | Transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Brokerage Acct: | | | | | | | | | |
| 2. - Money Market, Tax Exempt | A | Int./Div. | L | T | | | | | |
| 3. - Aggressive Growth Fund | A | Int./Div. | M | T | | | | | |
| 4. - Long Term Tax Ex Bond Fund | D | Int./Div. | M | T | | | | | |
| 5. - Capital Growth Fund | B | Int./Div. | M | T | | | | | |
| 6. - High Yield Bond Fund | D | Int./Div. | M | T | | | | | |
| 7. - Int'l Fund | B | Int./Div. | M | T | | | | | |
| 8. - S&P Fund | B | Int./Div. | M | T | | | | | |
| 9. - Value Fund | B | Int./Div. | M | T | | | | | |
| 10. - Interm Tax Ex Bond Fund | D | Int./Div. | N | T | | | | | |
| 11. - Small Cap Fund | A | Int./Div. | M | T | | | | | |
| 12. - Short Term Tax Ex Bond Fund | C | Int./Div. | M | T | | | | | |
| 13. Walden Group LLC | | None | N | W | | | | | |
| 14. 529 Plans - VA Educ Savings Trust (Age Based) | | None | N | T | | | | | |
| 15. 529 Plans - College Invest Savings Plan (Age Based) | | None | L | T | | | | | |
| 16. ▓▓▓ 403B Plan - TIAA CREF | A | Int./Div. | J | T | | | | | |
| 17. Senate Credit Union checking | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. USAA IRA Acct: | | | | | | | | | |
| 19. - GNMA Trust | A | Int./Div. | K | T | | | | | |
| 20. - Money Market Fund | A | Int./Div. | J | T | | | | | |
| 21. - High Yield Fund | B | Int./Div. | K | T | | | | | |
| 22. - Total Return Fund | A | Int./Div. | K | T | | | | | |
| 23. - Aggressive Growth Fund | A | Int./Div. | L | T | | | | | |
| 24. - Emerging Markets Fund | A | Int./Div. | K | T | | | | | |
| 25. - World Growth Fund | A | Int./Div. | K | T | | | | | |
| 26. - Income Fund | B | Int./Div. | K | T | | | | | |
| 27. - Income Stock Fund | A | Int./Div. | K | T | | | | | |
| 28. - International Fund | A | Int./Div. | L | T | | | | | |
| 29. - Precious Metals and Minerals Fund | C | Int./Div. | K | T | | | | | |
| 30. - Small Cap Stock Fund | A | Int./Div. | L | T | | | | | |
| 31. ▓▓▓USAA IRA Acct: | | . | | | | | | | |
| 32. - Money Market Fund | A | Int./Div. | J | T | | | | | |
| 33. - Growth & Income Fund | A | Int./Div. | J | T | | | | | |
| 34. - Aggresive Growth Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - High Yield Fund | A | Int./Div. | J | T | | | | | |
| 36. - Total Return Fund | A | Int./Div. | J | T | | | | | |
| 37. - World Growth Fund | A | Int./Div. | J | T | | | | | |
| 38. USAA SEP IRA Acct: | | | | | | | | | |
| 39. - Money Market | A | Int./Div. | J | T | | | | | |
| 40. - Precious Metals & Minerals Fund | A | Int./Div. | J | T | | | | | |
| 41. - Global Oppty Fund | A | Int./Div. | L | T | | | | | |
| 42. - Short Term Bond Fund | A | Int./Div. | K | T | | | | | |
| 43. USAA CDs | D | Int./Div. | N | T | Matured (part) | 03/17/10 | O | D | |
| 44. | | | | | Buy (add'l) | 04/20/10 | M | | |
| 45. USAA P.I. Mgmt Acct: | | | | | | | | | |
| 46. - Money Market, Tax Ex Fund | A | Int./Div. | K | T | | | | | |
| 47. - Adams & Weld Cts School Muni Bond 12/1/24 | B | Interest | K | T | Buy | 01/05/10 | K | | |
| 48. - Adams 12 Muni Bond 12/15/14 | B | Interest | K | T | | | | | |
| 49. - Aurora Wtr Rev Muni Bond 8/1/22 | B | Interest | K | T | | | | | |
| 50. - Boulder Sch Dist 2 Muni Bond 12/1/15 | A | Interest | K | T | | | | | |
| 51. - Colo Sch Mines Muni Bond 12/1/13 | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Colo St Brd Gov Unv Entr Sys Muni Bond 3/1/16 | B | Interest | K | T | Buy | 01/27/10 | K | | |
| 53. - Colo Springs Col Util Muni Bond 11/15/20 | B | Interest | K | T | Buy | 02/03/10 | K | | |
| 54. - Colo Wtr Res & Pwr Muni Bond 8/1/24 | B | Interest | K | T | | | | | |
| 55. - Denver Cnty Sch Muni Bond 12/1/12 | B | Interest | K | T | | | | | |
| 56. - Denver Exc Tax Rev Muni Bond 9/1/18 | B | Interest | K | T | | | | | |
| 57. - Eagle Garfield Routt Muni Bond 12/1/23 | B | Interest | K | T | | | | | |
| 58. - El Paso Sch Dist Muni Bond 12/1/12 | B | Interest | K | T | | | | | |
| 59. - Left Hand Wtr Muni Bond 5/15/13 | B | Interest | K | T | | | | | |
| 60. - Mesa College Muni Bond 5/15/23 | B | Interest | K | T | | | | | |
| 61. - Pueblo Sch Dist Muni Bond 12/15/11 | A | Interest | K | T | | | | | |
| 62. - Pueblo Cnty Sch Dist Muni Bond 12/15/21 | A | Interest | K | T | Buy | 03/15/10 | K | | |
| 63. - S Migel & Montrose Muni Bond 12/1/17 | B | Interest | K | T | | | | | |
| 64. - Teller Sch Dist Muni Bond 12/1/20 | B | Interest | K | T | | | | | |
| 65. - Univ Colo Ent Sys Muni Bond 6/1/14 | A | Interest | K | T | | | | | |
| 66. - Weld Sch Dist Muni Bond 12/1/19 | B | Interest | K | T | | | | | |
| 67. - Westminster Sls and Use Muni Bond 12/1/15 | B | Interest | L | T | | | | | |
| 68. - Short Term Tax Ex Bond Fund | B | Int./Div. | K | T | Buy (add'l) | 03/02/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 06/17/10 | J | | |
| 70. | | | | | Sold (part) | 02/03/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/03/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/03/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Neil M. Gorsuch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544